# PROCESS RECEIPT AND RETURN
**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: C.G. Holdings, Inc., a Florida corporation | COURT CASE NUMBER: 07 MC 534 |
| DEFENDANT: Rum Jungle, Inc. a New York corporation | TYPE OF PROCESS: Judgment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Rum Jungle, Inc. (Nightclub)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 121-08 Jamaica Avenue, Richmond Hill, New York 11418

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joanne J. Romero, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
199 Water Street, 25 Floor
N.Y., N.Y. 10038

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Nightclub hours are 10:00 p.m - 5:00 AM.

(718) 848-7171 (718) 847-3900

FEB 27 2008

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Joanne Romero
TELEPHONE NUMBER: 212-232-1351
DATE: 12/28/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 1/4/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

On Friday 1-25-08 at around 8:30 p.m. went to the location (Rum Jungle) and no one was there. On 1-29-08 went back at around 2:30 p.m and the sign for Rum Jungle was no longer there it's a new name Maracas and no one was there.

Date of Service / Time am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 1 deputy x 3 hrs 135 | 34.92 | | 169.72 | 200 | 278 | 169.72 |

REMARKS: 72 mls RT

badge # 3768 On Friday 1-11-08 at around 12:30 pm I Deputy United States Marshal Kenny To... Posted the writ on the front door of Rum Jungle Night Club

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

169.72
58.09
227.81

# WRIT OF EXECUTION

| United States District Court | DISTRICT<br>Eastern District of New York |
|---|---|

| TO THE MARSHALL OF:<br>THE EASTERN DISTRICT OF NEW YORK |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

| NAME:<br>Rum Jungle, Inc. |
|---|

you cause to be made and levied as well as a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $126,360.19 | |

in the United States District Court for the Eastern District of New York before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant

and also the costs that may accrue under this writ.
And that you have above listed money at the place and date listed below; and that you bring this writ with you.

| PLACE<br>128-02 Liberty Avenue | DISTRICT<br>Eastern |
|---|---|
| CITY<br>Richmond Hill, New York 11419 | DATE |

Witness the Honorable

_____
(United States Judge)

| DATE<br>DEC 19 2007 | CLERK OF THE COURT<br><br>(BY) *[signature] Andrew Carlson* |
|---|---|

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|