UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
C.G. HOLDINGS, INC.

                    Plaintiff,

-against-

RUM JUNGLE, INC.

                    Defendant.

------------------------------------------------------------x

**MEMORANDUM AND ORDER**

07-MC-534 (ENV)(MDG)

VITALIANO, D.J.

On January 22, 2009, this Court found that the proposed order previously submitted by C.G. Holdings did not comply with this Court's Memorandum & Order dated October 27, 2008; accordingly, the Court declined to sign it. However, the Court granted plaintiff leave to submit a revised proposed order that was consistent with the Court's October 27, 2008 decision. To date, plaintiff has not filed a revised proposed order. On or before September 30, 2009, the plaintiff is hereby directed to file a proposed order which comports with the Court's previous orders dated October 27, 2008 and January 22, 2009, or to otherwise show cause as to why this action should not be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: Brooklyn, New York
       September 15, 2009

                                            ERIC N. VITALIANO
                                            United States District Judge